COBB COUNTY CHEMICAL MINING COMPANY *v.* KIRKPATRICK.

HILL, J.   1. The special grounds of the motion for a new trial all complain of certain portions of the charge to the jury. The excerpts from the charge complained of, when taken in connection with the entire charge, afford no ground for a new trial.

2. The verdict was supported by the evidence, and the court did not err in refusing a new trial.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
FEBRUARY 10, 1915.

Action for damages.   Before Judge Bell.   Fulton superior court. December 6, 1913.

*Anderson & Rountree* and *R. W. Crenshaw,* for plaintiff in error.
*Westmoreland Brothers* and *Frank L. Neufville,* contra.